# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT



### CASE NO. 11-14535

## HISPANIC INTEREST COALITION OF ALABAMA, *et al.*,

Appellants/Plaintiffs,

v.

## ROBERT BENTLEY, *et al.*,

Appellees/Defendants.

On Appeal from the United States District Court for the
Northern District of Alabama
Case No. 5:11-CV-02484-SLB

## UNOPPOSED MOTION TO SUPPLEMENT THE RECORD

Mary Bauer
Samuel Brooke
SOUTHERN POVERTY LAW
CENTER
400 Washington Ave.
Montgomery, Alabama 36104
T: (334) 956-8200

Cecillia D. Wang
Katherine Desormeau
Kenneth J. Sugarman
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, California 94111
T: (415) 343-0775

*Attorneys for Appellants*
*Additional Co-Counsel Listed in Signature Block*

HICA v. Bentley
11th Circuit Case No. 11-14535-CC

## CERTIFICATE OF INTERESTED PARTIES AND
## CORPORATE DISCLOSURE STATEMENT

The undersigned attorney for Appellants hereby certifies, pursuant to

Eleventh Circuit Rule 26.1-1, that the following have an interest in the outcome of

this case:

AIDS Action Coalition, Plaintiff/Appellant

Alabama Appleseed, Plaintiff/Appellant

Alabama Coalition Against Domestic Violence (ACADV), *Amicus Curiae*

Alabama Council on Human Relations, *Amicus Curiae*

Alabama Education Association (AEA), *Amicus Curiae*

Alabama Fair Housing Center *et al.*, *Amici Curiae*

Alabama New South Coalition, *Amicus Curiae*

Alabama NOW, *Amicus Curiae*

Alabama State Conference of the National Association for the Advancement

      of Colored People (NAACP), *Amicus Curiae*

Alianza Latina en contra de la Agresión Sexual (ALAS), *Amicus Curiae*

American Friends Service Committee, *Amicus Curiae*

American Immigration Lawyers Association (AILA), *Amicus Curiae*

American Jewish Committee, *Amicus Curiae*

The Anti-Defamation League, *Amicus Curiae*

1

*HICA v. Bentley*
*11th Circuit Case No. 11-14535-CC*

Argentine Republic, *Amicus Curiae*

Arizona Coalition Against Domestic Violence, *Amicus Curiae*

Artrip, Eric J., Counsel for Plaintiffs/Appellants

Arte Sana, *Amicus Curiae*

Asian American Legal Defense and Education Fund, *Amicus Curiae*

Asian Pacific American Labor Alliance, *Amicus Curiae*

ASISTA Immigration Assistance, *Amicus Curiae*

Abutryn, Russell R., Counsel for *Amicus Curiae* AILA

Badrinath, Vikram K., Counsel for *Amicus Curiae* AILA

Barber, Robert, Plaintiff/Appellant

Barr, Mark R., Counsel for *Amicus Curiae* AILA

Baskin, Stewart J., Counsel for *Amicus Curiae* National Economic and Social
    Rights Initiative, *et al.*

Bauer Tedrow, Klari, Counsel for *Amici Curiae* ACADV *et al.*

Barkey, David L., Counsel for *Amicus Curiae* Anti-Defamation League

Bauer, Mary, Counsel for Plaintiffs/Appellants

Beck, Jeff, Plaintiff/Appellant

Benach, Andres, Counsel for *Amicus Curiae* AILA

Bensinger, Deborah, Counsel for *Amicus Curiae* Anti-Defamation League

Bentley, Robert, Governor of the State of Alabama, Defendant/Appellee

2

*HICA v. Bentley*
*11th Circuit Case No. 11-14535-CC*

Birmingham Peace Project, *Amicus Curiae*

Black Romero, Juan Pablo, Plaintiff/Appellant

Blackburn, Sharon L., U.S. District Judge

Blacksher, James U., Counsel for *Amici Curiae* Central Alabama Fair

      Housing Center, *et al.*

Blair, Jamie, Superintendent of the Vestavia Hills City School System,

      Defendant/Appellee

Blatt, Lisa S., Counsel for *Amici Curiae*

Boat People SOS, Plaintiff/Appellant

Broder, Tanya, Counsel for Plaintiffs/Appellants

Break the Chain Campaign, *Amicus Curiae*

Brooke, Samuel, Counsel for Plaintiffs/Appellants

Brooks, J.R., Counsel for Defendants/Appellees

Brooks, Taylor P., Counsel for Defendants/Appellees

Broussard, Robert L., District Attorney for Madison County, Defendant/Appellee

Bruner, Ben, Counsel for Plaintiffs/Appellants

Bui, Thy B., Counsel for *Amici Curiae* ACADV *et al.*

California Women's Law Center, *Amicus Curiae*

Casa de Esperanza (Minnesota), *Amicus Curiae*

Casa de Maryland, Inc., *Amicus Curiae*

*HICA v. Bentley*
*11th Circuit Case No. 11-14535-CC*

Ceja Zamora, Maria D., Plaintiff/Appellant

Central Alabama Fair Housing Center, *Amicus Curiae*

Central American Resource Center, *Amicus Curiae*

Cheer, Shiu-Ming, Counsel for Plaintiffs/Appellants

Chicago Alliance Against Sexual Exploitation (CAASE), *Amicus Curiae*

Choudhury, Anjan, Counsel for *Amici Curiae* Freedom Network, USA

Clark, Christopher, Counsel for *Amici Curiae* United States of Mexico *et al.*

Coalition of Labor Union Women, *Amicus Curiae*

Coalition to Abolish Slavery & Trafficking (CAST), *Amicus Curiae*

Colorado Coalition Against Domestic Violence, *Amicus Curiae*

Connecticut Sexual Assault Crisis Services, Inc., *Amicus Curiae*

Counsel of Mexican Federations in North America/Consejo de Federaciones

     Mexicanas en Norteamericana, *Amicus Curiae*

Craven, Larry E., Interim State Superintendent of Education, Defendant/Appellee

Crook, Jamie L., Counsel for *Amici Curiae* Central Alabama Fair

     Housing Center *et al.*

Cummings, Michelle, Plaintiff/Appellant

Dane, Stephen M., Counsel for *Amici Curiae* Central Alabama Fair Housing

     Center *et al.*

Davis, James W., Counsel for Defendants/Appellees

4

*HICA v. Bentley*
*11th Circuit Case No. 11-14535-CC*

Desormeau, Katherine, Counsel for Plaintiffs/Appellants

Dominican American National Roundtable, *Amicus Curiae*

The Dominican Republic, *Amicus Curiae*

DreamActivist.org, Plaintiff/Appellant

Escalona, Prim F., Counsel for Defendants/Appellees

Equal Justice Society, *Amicus Curiae*

Equality Alabama, *Amicus Curiae*

Fairbanks, Misty, Counsel for Defendants/Appellees

Fair Housing Center of North Alabama, *Amicus Curiae*

Family Values @ Work Consortium, *Amicus Curiae*

Fleming, Margaret L., Counsel for Defendants/Appellees

Fleischmann, Stuart, Counsel for *Amicus Curiae* National Economic and Social
Rights Initiative, *et al.*

Federation of Southern Cooperatives/Land Assistance Fund, *Amicus Curiae*

Federative Republic of Brazil, *Amicus Curiae*

Freedom Network USA, *Amicus Curiae*

Freeman, Steven M., Counsel for *Amicus Curiae* Anti-Defamation League

Fuller, Randy, Superintendent of the Shelby County Public School System,
Defendant/Appellee

Gardner, J. Cecil, Counsel for *Amici Curiae* AEA *et al.*

5

*HICA v. Bentley*
*11th Circuit Case No. 11-14535-CC*

Gehring Flores, Gaela K., Counsel for *Amici Curiae* NAACP *et al.*

Gelernt, Lee, Counsel for Plaintiffs/Appellants

Georgia Coalition Against Domestic Violence, *Amicus Curiae*

Gespass, David, Counsel for *Amici Curiae* NAACP *et al.*

Gianola, John F., Counsel for Amici Curiae American Jewish Committee

Gillespie, Katherine A., Counsel for *Amici Curiae* Central Alabama
    Fair Housing Center *et al.*

The Goal Initiative for Economic, Social and Cultural Rights, *Amicus Curiae*

The Global Justice Clinic at New York University School of Law, *Amicus Curiae*

Global Justice Ecology Project, *Amicus Curiae*

Gomez, Martha L., Counsel for Plaintiffs/Appellants

Gorniak, Carla, Counsel for *Amici Curiae* United States of Mexico *et al.*

Graunke, Kristi L., Counsel for Plaintiffs/Appellants

Greater Birmingham Ministries, Plaintiff/Appellant

Haile, Esayas, Plaintiff/Appellant

Hall, Christopher P., Counsel for *Amicus Curiae* NACDL

Hawaii State Coalition Against Domestic Violence, *Amicus Curiae*

Hill, Frieda, Chancellor of Postsecondary Education, Defendant/Appellee

HIV Law Project, *Amicus Curiae*

Hispanic Association of Colleges & Universities, *Amicus Curiae*

*HICA v. Bentley*
*11th Circuit Case No. 11-14535-CC*

Hispanic College Fund, *Amicus Curiae*

Hispanic Federation, *Amicus Curiae*

Hispanic Interest Coalition of Alabama, Plaintiff/Appellant

Huntsville International Help Center, Plaintiff/Appellant

Immigration Equality, *Amicus Curiae*

Interpreters and Translators Association of Alabama, Plaintiff/Appellant

Iowa Coalition Against Sexual Assault (Iowa CASA), *Amicus Curiae*

Jadwat, Omar C., Counsel for Plaintiffs/Appellants

Jane Doe # 1, Plaintiff/Appellant

Jane Doe # 2, Plaintiff/Appellant

Jane Doe # 3, Plaintiff/Appellant

Jane Doe # 4, Plaintiff/Appellant

Jane Doe # 5, Plaintiff/Appellant

Jane Doe # 6, Plaintiff/Appellant

Jimmerson, Ellin, Plaintiff/Appellant

Joaquin, Linton, Counsel for Plaintiffs/Appellants

John Doe # 1, Plaintiff/Appellant

John Doe # 2, Plaintiff/Appellant

John Doe # 3, Plaintiff/Appellant

John Doe # 4, Plaintiff/Appellant

*HICA v. Bentley*
*11th Circuit Case No. 11-14535-CC*

John Doe # 5, Plaintiff/Appellant

John Doe # 6, Plaintiff/Appellant

Karp, Jessica, Counsel for Plaintiffs/Appellants

Keaney, Melissa S., Counsel for Plaintiffs/Appellants

Kelly, Nancy, *Amicus Curiae*

Kentucky Coalition for Immigrant and Refugee Rights, *Amicus Curiae*

Lambda Legal Defense and Education Fund, Inc., *Amicus Curiae*

Langham, Jefferey E., Superintendent of the Elmore County Public School System,
     Defendant/Appellee

Lapointe, Michelle R., Counsel for Plaintiffs/Appellants

Lawyers' Committee for Civil Rights Under the Law, *Amicus Curiae*

Legal Momentum, *Amicus Curiae*

League of United Latin American Citizens (LULAC), *Amicus Curiae*

Ling, Sin Yen, Counsel for Plaintiffs/Appellants

Long, Pamela, Plaintiff/Appellant

Maer, Foster S., Counsel for Plaintiffs/Appellants

McKinney, Rebekah Keith, Counsel for Plaintiffs/Appellants

McMahan, Michael P., Counsel for *Amicus Curiae* NACDL

Molina García, Bonard I., Counsel for *Amici Curiae* NAACP *et al.*

The Montgomery Improvement Association, *Amicus Curiae*

8

*HICA v. Bentley*
*11th Circuit Case No. 11-14535-CC*

Mukherjee, Elora, Counsel for Plaintiffs/Appellants

Multicultural Education, Training & Advocacy, Inc., *Amicus Curiae*

The National Asian Pacific American Bar Association, *Amicus Curiae*

National Asian Pacific American Women's Forum, *Amicus Curiae*

National Association for Chicana and Chicano Studies, *Amicus Curiae*

National Association of Criminal Defense Lawyers (NACDL), *Amicus Curiae*

The National Association of Latino Elected and Appointed Officials, *Amicus*
    *Curiae*

National Association of Social Workers and the Alabama Chapter of NASW,
    *Amicus Curiae*

National Coalition Against Domestic Violence, *Amicus Curiae*

National Council of Jewish Women, *Amicus Curiae*

National Council of La Raza, *Amicus Curiae*

The National Dominican American Council, *Amicus Curiae*

National Economic and Social Rights Initiative, *Amicus Curiae*

National Education Association (NEA), *Amicus Curiae*

National Employment Law Project, *Amicus Curiae*

The National Fair Housing Alliance, *Amicus Curiae*

National Guestworker Alliance, *Amicus Curiae*

The National Immigration Project of the National Lawyers Guild, *Amicus*

*HICA v. Bentley*
*11th Circuit Case No. 11-14535-CC*

*Curiae*

National Latina Institute for Reproductive Health; National Women's Law Center

*Amicus Curiae*

National Lawyers Guild, *Amicus Curiae*

National School Boards Association, *Amicus Curiae*

Neal, Allison, Counsel for Plaintiffs/Appellants

Neiman, Jr., John C., Solicitor General of Alabama, Counsel for

Defendants/Appellees

Nevada Network Against Domestic Violence, *Amicus Curiae*

New Mexico Coalition of Sexual Assault Programs, Inc., *Amicus Curiae*

The New Orleans Workers' Center for Racial Justice, *Amicus Curiae*

The New York City Bar Association, *Amicus Curiae*

Newman, Chris, Counsel for Plaintiffs/Appellants

Oakes, Brian, Counsel for *Amici Curiae* AEA *et al.*

O'Brien, Alice, Counsel for *Amici Curiae* AEA *et al.*

Oshiro, Erin E., Counsel for Plaintiffs/Appellants

Parker, Jr., William G., Counsel for Defendants/Appellees

Partners in Health/Zanmi Lasante, *Amicus Curiae*

Payne, Joshua Kerry, Counsel for Defendants/Appellees

Pedersen, Amy, Counsel for Plaintiffs/Appellants

**10**

*HICA v. Bentley*
*11th Circuit Case No. 11-14535-CC*

Perales, Nina, Counsel for Plaintiffs/Appellants

Perez-Vargas, Miguel A., Counsel for *Amici Curiae* Hispanic Association of

    Colleges and Universities *et al.*

Phillips, Ann Marie, Counsel for *Amici Curiae* Freedom Network, USA

Phillips, Gregory D. Counsel for *Amici Curiae* Freedom Network, USA

Plurinational State of Bolivia, *Amicus Curiae*

Progressive Jewish Alliance and Jewish Funds for Justice, *Amicus Curiae*

Raksha, *Amicus Curiae*

Reichmuth, Tracy E.

Republic of Chile, *Amicus Curiae*

Republic of Colombia, *Amicus Curiae*

Republic of Costa Rica, *Amicus Curiae*

Republic of Ecuador, *Amicus Curiae*

Republic of El Salvador, *Amicus Curiae*

Republic of Guatemala, *Amicus Curiae*

Republic of Honduras, *Amicus Curiae*

Republic of Nicaragua, *Amicus Curiae*

Republic of Paraguay, *Amicus Curiae*

Republic of Peru, *Amicus Curiae*

Republic of Uruguay, *Amicus Curiae*

*HICA v. Bentley*
*11th Circuit Case No. 11-14535-CC*

Rice, Roger, Counsel for *Amici Curiae* Hispanic Association of Colleges and
Universities *et al.*

Roberti, John, Counsel for *Amici Curiae* American Jewish Committee

Rubio, Freddy, Counsel for Plaintiffs/Appellants

Samuel, Don, Counsel for *Amicus Curiae* NACDL

Sheinburg, Steven C., Counsel for *Amicus Curiae* Anti-Defamation
League

Schwartz, Dale M., Counsel for *Amicus Curiae* Anti-Defamation League

Schwarz, Ghita, Counsel for Plaintiffs/Appellants

Schwartz, Robert A., Counsel for *Amici Curiae* NAACP *et al.*

Segura, Andre, Counsel for Plaintiffs/Appellants

Sen, Diana S., Counsel for Plaintiffs/Appellants

Service Employees International Union, Plaintiff/Appellant

Shin, Susan L., Counsel for *Amici Curiae* NAACP *et al.*

Schoen, David I., Counsel for *Amicus Curiae* Anti-Defamation League

Skinner, Jonathan P., Counsel for *Amicus Curiae* National Economic and Social
Rights Initiative, *et al.*

Sikh American Legal Defense & Education Fund, *Amicus Curiae*

Simpson, Michael D., Counsel for *Amici Curiae* AEA *et al.*

Sinclair, Winfield J., Counsel for Defendants/Appellees

*HICA v. Bentley*
*11th Circuit Case No. 11-14535-CC*

Smith, Deborah S., Counsel for *Amicus Curiae* AILA

Solano, Henry L. Counsel for *Amici Curiae* United States of Mexico *et al.*

Society of American Law Teachers, *Amicus Curiae*

South Alabama Center for Fair Housing, *Amicus Curiae*

South Asian Americans Leading Together, *Amicus Curiae*

Southern Christian Leadership Conference, *Amicus Curiae*

Southern Coalition for Social Justice, *Amicus Curiae*

Southern Regional Joint Board of Workers United, Plaintiffs/Appellants

Spears, G. Brian, Counsel for Plaintiffs/Appellants

Spina, Thomas J., Counsel for *Amicus Curiae* NACDL

Strange, Luther, Attorney General of the State of Alabama, Defendant/Appellee
    and Counsel for Defendants/Appellees

Steven P. Rice, Counsel for *Amicus Curiae* ACADV *et al.*

Still, Edward, Counsel for *Amicus Curiae* United States of Mexico *et al.*

Sugarman, Kenneth J., Counsel for Plaintiffs/Appellants

Sweeney, Donald B, Jr., Counsel for Defendants/Appellees

Tan, Michael K. T., Counsel for Plaintiffs/Appellants

Tesfamariam, Fiseha, Plaintiff/Appellant

Thau, Christopher Barton, Plaintiffs/Appellants

Thompson, Barbara W., Superintendent of the Montgomery County Public School,

*HICA v. Bentley*
*11th Circuit Case No. 11-14535-CC*

System Defendant/Appellee

Tsu, Naomi, Counsel for Plaintiffs/Appellants

Tumlin, Karen C., Counsel for Plaintiffs/Appellants

The Unitarian Universalist Service Committee, *Amicus Curiae*

United Food and Commercial Workers (International), Plaintiff/Appellant

United Food and Commercial Workers (Local), Plaintiff/Appellant

The United States Hispanic Leadership Institute, *Amicus Curiae*

United States of México, *Amicus Curiae*

University of Cincinnati College of Law Domestic Violence and Civil Protection
    Order Clinic, *Amicus Curiae*

Upton, Daniel, Plaintiff/Appellant

Vermont Network Against Domestic and Sexual Violence, *Amicus Curiae*

Victim Rights Law Center, *Amicus Curiae*

Viramontes, Victor, Counsel for Plaintiffs/Appellants

Voces de La Frontera, *Amicus Curiae*

Von Sternberg, Mark

Wang, Cecillia D., Counsel for Plaintiffs/Appellants

Warkynski, E. Casey, Superintendent of the Huntsville City School System,
    Defendant/Appellee

Warren, Charles D., Superintendent of the DeKalb County Public School System,

14

*HICA v. Bentley*
*11th Circuit Case No. 11-14535-CC*

Defendant/Appellee

Watson, Jr., Herman, Counsel for Plaintiffs/Appellants

Washington Empowered Against Violence (WEAVE), *Amicus Curiae*

Webster, Matt, Plaintiff/Appellant

Weddle, Brandie N.

Werner, Daniel, Counsel for Plaintiffs/Appellants

West Virginia Coalition Against Domestic Violence, *Amicus Curiae*

Wisconsin Coalition Against Domestic Violence, *Amicus Curiae*

Wisconsin Coalition Against Sexual Assault, *Amicus Curiae*

9 to 5, National Association of Working Women, *Amicus Curiae*

The undersigned attorney further certifies, pursuant to Federal Rule of Appellate Procedure 26.1, that Plaintiffs/Appellants have no parent corporations and that no corporation directly or indirectly holds 10% or more of the ownership interest in any of the Appellants.

Respectfully submitted,

Michelle Lapointe
*Counsel for Plaintiffs/Appellants*

15

## <u>UNOPPOSED MOTION TO SUPPLEMENT THE RECORD</u>

The Plaintiffs/Appellants Hispanic Interest Coalition of Alabama, *et al.*, ("HICA") by and through counsel, respectfully seek permission from the Court to supplement the record with filings made in cases that were consolidated with this matter at the district court. Specifically, HICA seeks permission to supplement the record with three exhibits filed in the matter of *United States v. Alabama*, No. 11-cv-2746 (N.D. Ala.), *appeal pending*, No. 11-14532, which HICA included in its record excerpts, but which this Court determined were included erroneously by notice dated November 29, 2011. *See* Ex. 1 (Deficiency Notice). As a basis for this motion, the parties state as follows:

1.      On November 29, 2011, Appellant HICA received a notice of deficient filing from the Clerk of this Court. The notice states that HICA has referenced records in their Excerpts of Records that are not part of the record of this appeal, but which are part of another matter on appeal: *United States v. Alabama*, No. 11-14532. *See* Ex. 1 (Deficiency Notice). The notice provides that HICA must amend its briefs and record excerpts to remove excerpts from the *United States v. Alabama* district court case by December 13, 2011. *See id.*

2.      HICA filed this action in the district court for the Northern District of Alabama on July 8, 2011, challenging Act 2011-535 / H.B. 56 ("HB56"). The case was assigned case number 11-cv-2484.

1

3.    Two additional facial challenges to HB56 were also filed in the

Northern District of Alabama: *United States v. Alabama*, No. 11-cv-2746, *appeal*

*pending*, No. 11-14532, and *Parsley v. Bentley*, No. 11-cv-2736.  In all three cases,

the plaintiffs moved for a preliminary injunction.

4.    By order entered on August 3, 2011, the district court consolidated

these three cases for purposes of resolving the motions for preliminary injunction,

and held a combined hearing on the motions for preliminary injunction on August

24, 2011.  *See* Ex. 2 (Aug. 3, 2011 Order, Dist. Ct. Doc. No. 59).

5.    The district court conducted the hearing on August 24, 2011, and then

entered an order on September 1, 2011, de-consolidating the three cases "for case

management purposes and ease of appellate review."  *See* Ex. 3 (Sept. 1, 2011

Order (Dist. Ct. Doc. No. 128).

6.    HICA filed in this Court its opening brief and record excerpt on

November 14, 2011.  Cited within the brief and contained within the record excerpt

were three exhibits filed in the *United States v. Alabama* matter on August 1, 2011.

These exhibits were Declarations of (1) Daniel H. Ragsdale (Vol. IV R. 2-2); (2)

Tony Miller (Vol. IV R. 2-3); and (3) William M. Griffen (Vol. IV R. 2-7). *See* Ex.

4-6.

7.    These three exhibits do not appear in the HICA docket because they

were filed in the *United States v. Alabama* matter before the district court

consolidated the cases. They were nevertheless properly before the district court when it ruled on HICA's motion for preliminary injunction because the matters had been consolidated for purposes of the preliminary injunction hearings.

8.    Counsel for HICA has contacted counsel for the Defendants / Appellees Governor Bentley, Attorney General Strange, Interim State Superintendent of Education Larry Craven, Chancellor of Postsecondary Education Frieda Hill, and District Attorney Robert Broussard (the "State Defendants") regarding this motion. They do not oppose, and indeed affirmatively consent to and support this motion because they agree with HICA that in light of the consolidation order below, the record on this appeal includes all submissions made in the *United States v. Alabama* action.

9.    Counsel for HICA has contacted counsel for the Defendants / Appellees Superintendents Wardynski, Blair, Fuller, Warren, Thompson, and Langham regarding this motion. They do not oppose this motion.

For the foregoing reasons, HICA seeks permission from the Court to (1) supplement the record in this case with the filings made in the cases of *United States v. Alabama*, No. 11-cv-2746 (N.D. Ala.), appeal pending, No. 11-14532, and *Parsley v. Bentley*, No. 11-cv-2736; and (2) to include within its brief citations to the Declarations of Daniel H. Ragsdale, Tony Miller, and William M. Griffen, and to keep these filings in its record excerpts at Volume IV, RR. 2-2, 2-3, and 2-7,

3

respectively.

HICA respectfully requests that this Court grant this Motion prior to December 13, 2011, if possible, so that HICA need not amend their briefs and record excerpts to respond to the deficiency notice issued by the clerk's office on November 29, 2011.

Dated:  December 2, 2011

Respectfully submitted,

Michelle R. Lapointe
*On Behalf of Counsel for Appellants*

Mary Bauer
Samuel Brooke
SOUTHERN POVERTY LAW
CENTER
400 Washington Ave.
Montgomery, Alabama 36104
T: (334) 956-8200

Andre Segura
Elora Mukherjee
Omar C. Jadwat
Lee Gelernt
Michael K. T. Tan
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
T: (212) 549-2660

Kristi L. Graunke
Michelle R. Lapointe
Naomi Tsu
SOUTHERN POVERTY LAW
CENTER

Cecilia D. Wang
Katherine Desormeau
Kenneth J. Sugarman
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, California 94111
T: (415) 343-0775

Linton Joaquin
Karen C. Tumlin
Shiu-Ming Cheer
Melissa S. Keaney
NATIONAL IMMIGRATION LAW
CENTER
3435 Wilshire Boulevard, Suite 2850
Los Angeles, California 90010
T: (213) 639-3900

Tanya Broder
NATIONAL IMMIGRATION LAW
CENTER
405 14th Street, Suite 1400

4

233 Peachtree St., NE, Suite 2150
Atlanta, Georgia  30303
T: (404) 521-6700

Sin Yen Ling
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
T: (415) 896-1701 x 110

Erin E. Oshiro
ASIAN AMERICAN JUSTICE
CENTER, MEMBER OF THE ASIAN
AMERICAN CENTER FOR
ADVANCING JUSTICE
1140 Connecticut Ave., NW
Suite 1200
Washington, DC 20036
T: (202) 296-2300

Foster S. Maer
Ghita Schwarz
Diana S. Sen
LATINOJUSTICE PRLDEF
99 Hudson St., 14th Floor
New York, New York 10013
T: (212) 219-3360

G. Brian Spears
1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
T: (404) 872-7086

Chris Newman
Jessica Karp
NATIONAL DAY LABORER
ORGANIZING NETWORK
675 S. park View St., Suite B
Los Angeles, California 90057
T: (213) 380-2785

Oakland, California 94612
T: (510) 663-8282

Ben Bruner
THE BRUNER LAW FIRM
1904 Berryhill Road
Montgomery, Alabama 36117
T: (334) 201 0835

Freddy Rubio
Cooperating Attorney, ACLU of
Alabama Foundation
RUBIO LAW FIRM, P.C.
438 Carr Avenue, Suite 1
Birmingham, Alabama 35209
T: 205-443-7858

Herman Watson, Jr.
Eric J. Artrip
Rebekah Keith McKinney
WATSON, MCKINNEY & ARTRIP,
LLP
203 Greene Street
P.O. Box 18368
Huntsville, Alabama 35804
T: (256) 536-7423

Victor Viramontes
Martha L. Gomez
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL
FUND
634 S. Spring Street, 11th Floor
Los Angeles, California 90014
T: (213) 629-2512 x 133

Nina Perales
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL
FUND

5

Allison Neal
AMERICAN CIVIL LIBERTIES
UNION OF ALABAMA
FOUNDATION
207 Montgomery St., Suite 910
Montgomery, Alabama  36104
T: (334) 265-2754 x 203

110 Broadway, Suite 300
San Antonio, Texas 78205
T: (210) 224-55476 x 206

Amy Pedersen
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL
FUND
1016 16th Street NW, Suite 100
Washington, DC 20036
T: (202) 293-2828 x 12

*Counsel for Appellants*

## CERTIFICATE OF SERVICE

I do hereby certify that on December 2, 2011, I served the foregoing

Unopposed Motion to Supplement the Record by electronic mail upon:

John C. Neiman, Jr.
Elizabeth Prim Escalona
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
jneiman@ago.state.al.us
pescalona@ago.state.al.us

J.R. Brooks
Taylor P. Brooks
Lanier Ford Shaver & Payne, P.C.
P.O. Box 2087
Huntsville, Alabama 35804
jrb@lfsp.com
tpb@lanierford.com

Donald B. Sweeney, Jr.
Bradley Arant Boult Cummings, LLP
1819 5th Ave N
Birmingham, AL 35203-2120
dsweeney@babc.com

The original, signed memorandum and three additional copies were

also hand-delivered to the Clerk's Office for the United States Court of

Appeals for the Eleventh Circuit.

Dated: December 2, 2011

Michelle R. Lapointe